**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michelle Garcia,<br><br>        Plaintiff,<br><br>    v.<br><br>KPMG, LLP et al,<br><br>        Defendants. | CV 08-2131-RSWL<br><br>ORDER TO SHOW CAUSE RE: STATUS UPDATE FROM ALL PARTIES |

    The Court orders that all Parties submit a written update advising the Court as to their current counsel of record as well as which claims remain in this action and as to which defendants.

///
///
///
///
///
///

1

The parties shall have until June 18, 2010 to respond to this Court in writing.

DATED: May 18, 2010

**IT IS SO ORDERED.**

/s/

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge